RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:    (702) 839-1100
Facsimile:     (702) 839-1113
*Attorneys for Progressive Mountain Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN SANTANA, an individual;<br><br>                                    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a Foreign Corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>                                    Defendants. | Case No:  2:22-CV-01431-GMN-VCF |

**STIPULATION AND ORDER TO AMEND CAPTION**

IT IS HEREBY STIPULATED by and between KEITH E. GALLIHER, ESQ.,  of THE GALLIHER LAW FIRM, attorneys for the Plaintiff, KEVIN SANTANA, and JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, PROGRESSIVE MOUNTAIN INSURANCE COMPANY (erroneously referred to as Progressive Casualty Insurance) that the caption of the case should be changed to reflect PROGRESSVIE

/ / /

/ / /

/ / /

/ / /

Sep 14 2022 02:06PM The Galliher Law Firm 7027350204 page 4

Case 2:22-cv-01431-GMN-VCF  Document 7  Filed 09/21/22  Page 2 of 2

Sep. 14. 2022 10:50AM                        No. 9609   P. 3/3

1. MOUNTAIN INSURANCE COMPANY as the correct name of the Defendant in the within matter.

2. THE GALLIHER LAW FIRM      DENNETT WINSPEAR, LLP

By_____   By_____
KEITH E. GALLIHER, JR., ESQ.    RYAN L. DENNETT, ESQ.
Nevada Bar No. 220         Nevada Bar No. 005617
GEORGE J. KUNZ, ESQ.       JENNIFER INSLEY MICHERI, ESQ
Nevada Bar No. 12245        Nevada Bar No. 10089
KATHLEEN H. GALLAGHER, ESQ.   3301 N. Buffalo Drive, Suite 195
Nevada Bar No. 15043        Las Vegas, Nevada 89129
1850 E. Sahara Ave., Suite 107     Telephone: (702) 839-1100
Las Vegas, Nevada 89104       Facsimile: (702) 839-1113
Telephone: (702) 735-0049      **Attorneys for Progressive Mountain**
Facsimile: (702) 735-0204       **Insurance Company**
**Attorneys for Plaintiff, Kevin Santana**

**ORDER**

UPON STIPULATION OF COUNSEL and good cause appearing,

IT IS SO ORDERED.

DATED: 9-21-2022

U.S. MAGISTRATE JUDGE

2