RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
Facsimile:      (702) 839-1113
*Attorneys for Progressive Mountain Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN SANTANA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE MOUNTAIN INSURANCE COMPANY, a Foreign Corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No:  2:22-CV-01431-GMN-VCF |

**STIPULATION AND [PROPOSED ORDER] FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between KEITH GALLIHER, JR., ESQ.  of THE GALLIHER LAW FIRM, attorneys for Plaintiff, KEVIN SANTANA and JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, PROGRESSIVE MOUNTAIN INSURANCE COMPANY, that the within matter be dismissed, with

. . .

. . .

. . .

. . .

. . .

prejudice, each party to bear their own attorneys' fees and costs.

DATED: 2-5-23

**THE GALLIHER LAW FIRM**

By_____
KEITH GALLIHER, JR, ESQ.
Nevada Bar No. 220
GEORGE J. KUNZ, ESQ.
Nevada Bar No. 12245
1850 East Sahara Ave, Ste 107
Las Vegas, Nevada 89104
Telephone: 702-735-0049
*Attorneys for Plaintiff,*
*Kevin Santana*

DATED: 2-22-23

**DENNETT WINSPEAR, LLP**

By_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: 702-839-1100
*Attorneys for Defendant,*
*Progressive Mountain*
*Insurance Company*

**ORDER**

IT IS SO ORDERED.

DATED: February 22, 2023

_____
U.S. DISTRICT COURT JUDGE